■ LYLE GREEN, Appellant, v. ONONDAGA COUNTY BAR ASSOCIATION, Respondent.— Motion for leave to appeal as a poor person and for other relief

denied. No appeal lies from a denial of an order to show cause. (*People ex rel. Lombardi* v. *McMann*, 28 A D 2d 961.).